**Order filed March 12, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00410-CV

_____

## DOV AVNI KAMINETZKY, Appellant

## V.

## DOSOHS I, LTD, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 1997-40590**

## ORDER

Appellant's brief was filed on February 18, 2015. The court has determined that appellant has not properly presented this cause in the brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide "clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." Tex. R. App. P. 38.1(i).

Accordingly, pursuant to Rule 38.9, the court orders appellant to rebrief. *See* Tex. R. App. P. 38.9. Appellant's amended brief is due on or before **April 10, 2015,** and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed. If appellant fails to file his brief on or before **April 10, 2015**, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM